Clive **BROWN**, Plaintiff–Appellant,

v.

Warden Michael **PUGH**, FNU Montford, H.S. Administrator, FNU Roy, Physician, Defendants–Appellees.

No. 06–14893.

United States Court of Appeals, Eleventh Circuit.

May 27, 2008.

John F. Preis, Brooklyn, NY, for Plaintiff–Appellant.

Stephen E. Curry, Curry Law Firm, Augusta, GA, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, PRYOR, Circuit Judge, and JOHNSON,* District Judge.

---

* Honorable Inge P. Johnson, United States District Judge for the * Northern District of Alabama, sitting by designation.

PER CURIAM:

The judgment is AFFIRMED. *See Alba v. Montford,* 517 F.3d 1249 (11th Cir.2008).